IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-178-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JODY EARL ELBERT, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for early termination of supervised release [DE #167]. The court observes that the defendant will complete one-half of his term of supervised release on or about March 15, 2016. Assuming there are no violations, the court will consider a motion for termination on or after March 15, 2016.

Therefore, defendant's motion [DE #167] is DENIED.

This 24th day of September 2015.

MALCOLM J. HOWARD
Senior U.S. District Judge

At Greenville, N.C.
JH