# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.                                    Crim. No. 5:09-CR-178-1H

JODY EARL ELBERT

On March 15, 2013, the above-named was released from prison and commenced a term of supervised release for a period of 6 years. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield                /s/ Lakesha H. Wright  
Dwayne K. Benfield                    Lakesha H. Wright  
Supervising U.S. Probation Officer    U.S. Probation Officer  
                                      201 South Evans Street, Rm 214  
                                      Greenville, NC 27858-1137  
                                      Phone: 252-830-2348  
                                      Executed On: March 24, 2016

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 29th day of March, 2016.

Malcolm J. Howard  
Senior U.S. District Judge